UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **HENRY J MANCUSO** | **CIVIL DOCKET NO. 2:23-CV-01642** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **SOUTHWEST LOUISIANA CHARTER ACADEMY FOUNDATION INC., ET AL** | **MAGISTRATE JUDGE THOMAS P. LEBLANC** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 20] of the Magistrate Judge previously filed herein and after an independent review of the record, noting the absence of objections filed herein, and having determined that the findings are correct under applicable law,

IT IS ORDERED that defendants' MOTION TO DISMISS [Doc. 13] is GRANTED. Plaintiff's Cause of Action No. 2: Free Speech/Expression Retaliation is DISMISSED.

IT IS FURTHER ORDERED that the remainder of the case, i.e., plaintiff's Cause of Action No. 1: Whistleblower Retaliation, be REMANDED to the 14th Judicial District Court, Calcasieu Parish, Louisiana.

THUS, DONE in Chambers on this 5th day of September, 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE